

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

June 9, 2025

**<u>Via ECF</u>**
Hon. Louis L. Stanton
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

      Re:    *Tod Seelie v. Loft Industrie, Inc. D/B/A Industrie Residential*
              Docket No: 1:25-cv-02724-LLS

Dear Judge Stanton:

      We are the attorneys for Plaintiff in this matter and write to respectfully submit this joint letter with consent of Defendant's counsel pursuant to the Court's Notice of Initial Pretrial Conference (Dkt. No. 10).

1. <u>The date of the conference and appearances for the parties</u>:

The upcoming initial conference is scheduled for June 12, 2025 at 2:30pm. Appearance on behalf of the Plaintiff will be made by myself, Dina Nouhian. Appearance on behalf of the Defendant will be made by Arvind Jayakumar, Esq.

2. <u>A concise statement of the issues as they appear</u>:

The instant matter is a direct copyright infringement. Plaintiff's work was registered with the United States Copyright Office within three months of its initial publication and was unauthorizedly used by Defendant on its website. Defendant asserts in its affirmative defenses that Plaintiff does not have valid copyright protection of its work and is therefore barred from the action herein.

3. <u>A schedule including</u>:
    a. The names of persons to be deposed and a schedule of planned depositions:
       Plaintiff: Tod Seelie
       Defendant:



    The deposition schedule has not been set as of today. The parties propose that all discovery, including depositions, be completed by September 30, 2025.

  b. A schedule for the production of documents:

    Rule 26 disclosures and all discovery demands by July 31, 2025
    Discovery completion by September 30, 2025

  c. Dates by which (i) each expert's reports* will be supplied to the adversary side, and (ii) each expert's deposition will be completed:

    Expert report and depositions completed by November 15, 2025

  d. Time when discovery is to be completed: November 30, 2025

  e. The date by which plaintiff will supply his pre-trial order materials to defendant:

    November 30, 2025

  f. The date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (i) proposed findings of fact and conclusions of law for a non-jury trial, or (ii) proposed voir dire questions and proposed jury instructions, for a jury trial:

    December 30, 2025

  g. A space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(e), to be filled in by the Court at the conference: _____

4. A statement of any limitations to be placed on discovery, including any protective or confidentiality orders:

   There are no known limitations of discovery at this time.

5. A statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement:

   There are no discovery issues which counsel have not been able to reach an agreement at this time.

6. Anticipated fields of expert testimony, if any

   There are no known or anticipated fields of expert testimony at this time.

7. Anticipated length of trial and whether to court or jury: 2 days



8. A statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires:

   The Scheduling Order may be altered or amended only a showing of good cause not foreseeable at the time of the conference or when Justice so requires.

9. Names, address, phone numbers and signatures of counsel; and

   Counsel for Plaintiff:
   Dina Nouhian | Attorney
   **SANDERS LAW GROUP**
   333 Earle Ovington Boulevard | Suite 402 | Uniondale, NY 11553
   Phone: 516.203.7611
   Fax: 516.282.7878
   Email: dnouhian@sanderslaw.group

   Counsel for Defendant:
   Arvind Jayakumar, Esq.

   130 E 36 Street
   Suite 5R
   New York, NY          10016
   (212) 658-1748  Direct
   (214) 598-8145  Mobile
   ajayakumar@jayakumarlaw.com
   jayakumarlaw.com

10. Provision for approval of the court and signature line for the court:

Dated:
New York, New York

                                                                    _____
                                                                    LOUIS L. STANTON
                                                                    United States District. Judge

Thank you for your consideration of this matter.

                                                                    Respectfully submitted,
                                                                    /s *Dina Nouhian*
                                                                    Dina Nouhian