ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOD SEELIE,

        Plaintiff,

- against -

LOFT INDUSTRIE, INC.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/25

25 Civ. 2724 (LLS)

ORDER

The parties having informed the Court that they are nearing a settlement, which will require three months to complete, it is ORDERED that

The parties are granted three months to finalize their settlement negotiations. If a settlement is not reached within that time, this case may be referred to a Magistrate Judge for mediation pursuant to 28 U.S.C. § 636(b)(1)(A).

So ordered.

Dated:    New York, New York
            June 17, 2025

                                                Louis L. Stanton
                                                LOUIS L. STANTON
                                                    U.S.D.J.