ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/25

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
TOD SEELIE,

                Plaintiff,
                                          25 Civ. 02724 (LLS)

        - against -
                                              ORDER

LOFT INDUSTRIE, INC.,

                Defendant.
-------------------------------X
```

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within six months of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated: New York, New York
       October 23, 2025

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.